# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-7056**

**September Term, 2021**

**1:20-cv-02206-TNM**

**Filed On:** September 10, 2021

Deborah Laufer, Individually,

      Appellant

    v.

Alamac Inc., A Washington, DC Corporation,
doing business as River Inn Washington DC,

      Appellee

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Henderson, Katsas, and Walker, Circuit Judges

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by the appellant.  See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).  It is

**ORDERED AND ADJUDGED** that the district court's May 17, 2021 order be affirmed.  The district court correctly concluded that appellant lacks standing.  See Spokeo, Inc. v. Robins, 136 S. Ct. 1540, 1548 (2016).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

           **FOR THE COURT:**
           Mark J. Langer, Clerk

    BY:    /s/
           Daniel J. Reidy
           Deputy Clerk